IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF PITTSBURG ET AL,<br><br>　　　　Defendant. | No. C-14-00197 EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers the above-captioned case, filed on January 13, 2014, to the Honorable Judge Joseph C. Spero to consider whether this case is related to Ellis v. City of Pittsburg, et al., C-14-193 JCS. In both cases, Plaintiff has alleged that his civil rights were violated on April 4, 2013. Plaintiff shall file any response in opposition to or in support of relating the cases within seven (7) calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: January 15, 2014

　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALF RAY ELLIS et al,

        Plaintiff,

v.

CITY OF PITTSBURG ET AL et al,

        Defendant.

Case Number: CV14-00197 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Ray Ellis
125 Corte Maria
Pittsburg, CA 94565

Dated: January 16, 2014

        Richard W. Wieking, Clerk
        By: Lisa R Clark, Deputy Clerk

2